| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Matthew Rawlinson (Cal. Bar. No. 231890) |
| 2 | Hilary H. Mattis (Cal. Bar No. 271498) |
| | Daniel R. Gherardi (Cal. Bar. No. 317771) |
| 3 | *matt.rawlinson@lw.com* |
| | *hilary.mattis@lw.com* |
| 4 | *daniel.gherardi@lw.com* |
| | 140 Scott Drive |
| 5 | Menlo Park, CA 94025-1008 |
| | Telephone: +1.650.328.4600 |
| 6 | Facsimile: +1.650.463.2600 |
| 7 | Nathan E. Taylor (*pro hac vice forthcoming*) |
| | nathan.taylor@lw.com |
| 8 | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| 9 | Telephone: +1.212.906.1200 |
| | Facsimile: +1.212.751.4864 |

*Attorneys for Defendants Skillz, Inc.,
Andrew Paradise, Casey Chafkin, Miriam
Aguirre, Scott Henry, and Harry Sloan*

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS JEDRZEJCZYK, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKILLZ, INC., f/k/a FLYING EAGLE ACQUISITION CORP., ANDREW PARADISE, CASEY CHAFKIN, MIRIAM AGUIRRE, SCOTT HENRY, and HARRY SLOAN,<br><br>Defendants. | Case No.: 3:21-cv-03450-RS<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>(Civil L.R. 6-1, 6-2, 7-12)<br><br>Hon. Richard Seeborg |

Plaintiff Thomas Jedrzejczyk ("Plaintiff") and Defendants Skillz, Inc. ("Skillz"), Andrew Paradise, Casey Chafkin, Miriam Aguirre, Scott Henry, and Harry Sloan (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation.

**WHEREAS**, on May 7, 2021, Plaintiff filed the above-captioned securities fraud class action (the "Complaint," ECF No. 1) asserting claims under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. § 78u-4 et seq. Under 15 U.S.C. §78u-4(b)(3)(B), absent a court order, all discovery and other proceedings are stayed during the pendency of any motion to dismiss;

**WHEREAS**, the PSLRA provides for consolidation of any related actions and the appointment of lead plaintiff and lead counsel, *see* 15 U.S.C. §78u-4(a)(3), and further provides that the appointment of lead plaintiff shall not be made until after a decision on any motion to consolidate is rendered (15 U.S.C. 78u-4(a)(3)(B)(ii));

**WHEREAS**, counsel for Plaintiff published a notice on May 8, 2021 that any member of the putative class has until July 7, 2021 to request that the Court appoint such member to serve as lead plaintiff for the putative class (ECF No. 9);

**WHEREAS**, undersigned counsel for Defendants have waived service of the summons and Complaint on behalf of each Defendant, subject to any defenses that any Defendant may subsequently assert, including any defenses or objections as to personal jurisdiction, forum, venue, or otherwise, all of which defenses are hereby preserved, except for those related to the sufficiency of service;

**WHEREAS**, the Parties expect a consolidated complaint will be filed after the determination of the lead plaintiff motion(s);

**WHEREAS**, Defendants anticipate filing a motion to dismiss the claims asserted against them in response to the consolidated complaint;

**WHEREAS**, because the special procedures specified in the PSLRA and the Northern District of California's Model Stipulation and Proposed Consolidation Order for Securities Fraud

Class Actions contemplate (i) the consolidation of similar actions, (ii) appointment of lead plaintiff, and (iii) the filing of a single consolidated complaint by lead plaintiff and counsel to be appointed by the Court, requiring Defendants to respond to the complaint prior to the filing of a consolidated complaint would result in the needless expenditure of private and judicial resources;

**WHEREAS**, on May 10 and 11, 2021, this Court issued Initial Case Management and Scheduling Orders with ADR Deadlines, setting the Initial Case Management Conference for August 5, 2021 (ECF Nos. 4, 7);

**WHEREAS**, counsel for the Parties respectfully submit that good cause exists to continue the existing August 5, 2021 Initial Case Management Conference and associated deadlines until a date that is convenient for the Court following resolution of the anticipated motion to dismiss.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

1. Defendants have waived service of the summons and Complaint on behalf of each Defendant, subject to any defenses that any Defendant may subsequently assert, including any defenses or objections as to personal jurisdiction, forum, venue, or otherwise, all of which defenses are hereby preserved, except for those related to the sufficiency of service.

2. Defendants do not have to answer, move or otherwise respond to the Complaint.

3. The Court-appointed lead plaintiff(s) shall have until sixty (60) days after appointment to file an amended or consolidated complaint, or to designate one of the initial complaints as the operative complaint.

4. Defendants shall have sixty (60) days to answer, move against, or otherwise to respond to the operative complaint filed or designated by the Court-appointed lead plaintiff(s).

5. The Court-appointed lead plaintiff(s) will have sixty (60) days to oppose any motions to dismiss the operative complaint that Defendants file.

6. Defendants will have thirty (30) days to reply to any opposition to their motion to dismiss the operative complaint filed by the Court-appointed lead plaintiff(s).

7. The Initial Case Management Conference scheduled for August 5, 2021 shall be continued, along with all associated deadlines under the Federal Rules of Civil Procedures and the

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

Local Civil Rules for the United States District Court for the Northern District of California and all associated ADR Multi-Option Program deadlines, until December 16, 2021.

DATED: June 21, 2021  LATHAM & WATKINS LLP

/s/ Matthew Rawlinson
Matthew Rawlinson (Cal. Bar No. 231890)
Hilary H. Mattis (Cal. Bar No. 271498)
Daniel R. Gherardi (Cal. Bar. No. 317771)
  matt.rawlinson@lw.com
  hilary.mattis@lw.com
  daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Nathan E. Taylor (*pro hac vice forthcoming*)
  nathan.taylor@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1200
Facsimile: +1.212.751.4864

*Attorneys for Defendants Skillz, Inc., Andrew Paradise, Casey Chafkin, Miriam Aguirre, Scott Henry, and Harry Sloan*

DATED: June 21, 2021  SCHUBERT JONCKHEER & KOLBE LLP

/s/ Robert C. Schubert
Robert C. Schubert (Cal. Bar No. 62684)
  rschubert@sjk.law
Willem F. Jonckheer (Cal. Bar No. 178748)
  wjonckheer@sjk.law
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220

*Attorneys for Plaintiff Thomas Jedrzejczyk*

DATED: June 21, 2021  LOWEY DANNENBERG, P.C.

/s/ Christian Levis
Christian Levis (pro hac vice)
  clevis@lowey.com
Andrea Farah (pro hac vice)
  afarah@lowey.com

| | |
|---|---|
| 1 | Scott Vincent Papp (pro hac vice forthcoming) |
| 2 | spapp@lowey.com |
| | 44 South Broadway, Suite 1100 |
| | White Plains, NY 10601 |
| 3 | Telephone: (914) 997-0500 |
| 4 | *Attorneys for Plaintiff Thomas Jedrzejczyk* |


```
 1    Scott Vincent Papp (pro hac vice forthcoming)
         spapp@lowey.com
 2    44 South Broadway, Suite 1100
      White Plains, NY 10601
 3    Telephone: (914) 997-0500

 4    Attorneys for Plaintiff Thomas Jedrzejczyk

 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: June 21, 2021

_____
Hon. Richard Seeborg
United States District Court Judge