UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SHULTZ,<br><br>    Plaintiff,<br><br>  v.<br><br>SKILLZ INC., et al.,<br><br>    Defendants. | Case No. 21-cv-04662-VC<br><br>**REFERRAL FOR PURPOSE OF<br>DETERMINING RELATIONSHIP** |

  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Richard Seeborg for consideration of whether the case is related to *Jedrzejczyk v. Skillz Inc. et al*, No. CV 21-3450.

  **IT IS SO ORDERED.**

Dated: July 12, 2021

_____
VINCE CHHABRIA
United States District Judge