**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
David C. Harrison (admitted *pro hac vice*)
Andrea Farah (admitted *pro hac vice*)
Scott Vincent Papp (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
E-mail:clevis@lowey.com
E-mail:dharrison@lowey.com
E-mail:afarah@lowey.com
E-mail:spapp@lowey.com

*Lead Counsel for Plaintiffs*

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS JEDRZEJCZYK, SONY CHUNG, KENNY TINKELMAN, and DAVID LEWIS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKILLZ INC., f/k/a FLYING EAGLE ACQUISITION CORP., ANDREW PARADISE, CASEY CHAFKIN, MIRIAM AGUIRRE, SCOTT HENRY, HARRY SLOAN, JERRY BRUCKHEIMER, CHRISTOPHER GAFFNEY, VANDANA MEHTA-KRANTZ, KENT E. WAKEFORD, CITIGROUP GLOBAL MARKETS, INC., GOLDMAN SACHS & CO. LLC, JEFFERIES LLC, UBS SECURITIES LLC, WEDBUSH SECURITIES INC., WELLS FARGO SECURITIES, LLC, CANACCORD GENUITY LLC, STIFEL, NICOLAUS & COMPANY, INC.,<br><br>Defendants. | Case No.: 3:21-cv-03450-RS<br>ORDER<br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br>Current CMC Date:  July 14, 2022<br>Time:                       11:00 AM |

Plaintiffs Thomas Jedrzejczyk, Sony Chung, Kenny Tinkelman, and David Lewis ("Plaintiffs") and Defendants Skillz Inc., Andrew Paradise, Casey Chafkin, Miriam Aguirre, Scott Henry, Harry Sloan, Jerry Bruckheimer, Christopher Gaffney, Vandana Mehta-Krantz, Kent E. Wakeford, Citigroup Global Markets, Inc., Goldman Sachs & Co. LLC, Jefferies LLC, RBC Capital Markets, LLC, UBS Securities LLC, Wedbush Securities LLC, Wells Fargo Securities, LLC, Canaccord Genuity LLC, Stifel, Nicolaus & Company, Inc. ("Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court vacate and continue the Case Management Conference ("CMC"), presently scheduled for July 14, 2022 (*see* ECF No. 117), until 30 days after the Court rules on Defendants' Motions to Dismiss (ECF Nos. 105, 108), or as soon thereafter as the Court is available.

Plaintiff filed their Amended Consolidated Complaint ("ACC") on October 8, 2021. Defendants filed two Motions to Dismiss the ACC on December 23, 2021 (the "Motions"). On March 29, 2022, the Court scheduled the hearing on the Motions for June 2, 2022 and the CMC for July 14, 2022. ECF Nos. 116, 117. On April 19, 2022, in light of a scheduling conflict, the Parties requested that the hearing on the Motions be continued and offered several mutually agreeable dates. *See* ECF No. 123. On April 26, 2022, the Court entered an order continuing the hearing on the Motions to June 30, 2022. ECF No. 125.

Given that the Court has neither heard nor yet ruled on the Motions, the Parties believe a continuation of the CMC is necessary, principally because discovery remains stayed under the PSLRA until the Court's decision on the motions to dismiss. *See* 15 U.S.C. § 77z-1(b); 15 U.S.C. § 78u-4(b)(3). The Parties have met and conferred and believe that deferring the CMC until after a decision is issued on the Motions will better inform the Parties and the Court regarding the case schedule and deadlines they are required to propose in the Case Management Statement. *See* Declaration of Scott Vincent Papp, dated June 16, 2022, contemporaneously filed herewith.

Accordingly, the Parties request that the CMC scheduled for July 14, 2022, be vacated and continued until 30 days after the Court rules on the outstanding Motions (ECF Nos. 105, 108), or

as soon thereafter as the Court is available.

    SO STIPULATED.

                                            Respectfully submitted,

Dated: June 16, 2022         By:    /s/     Scott V. Papp
                                                        **LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
David C. Harrison (admitted *pro hac vice*)
Andrea Farah (admitted *pro hac vice*)
Scott Vincent Papp (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: (914) 997-0500
E-mail: clevis@lowey.com
E-mail: dharrison@lowey.com
E-mail: afarah@lowey.com
E-mail: spapp@lowey.com

*Lead Counsel for Plaintiffs*

**SCHUBERT JONCKHEER & KOLBE LLP**
Robert C. Schubert (Cal. Bar No. 62684)
Willem F. Jonckheer (Cal. Bar No. 178748)
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
E-mail: rschubert@sjk.law
E-mail: wjonckheer@sjk.law

*Liaison Counsel for Plaintiffs*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (139304)
Wesley A. Wong (314652)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
E-mail: reed@hbsslaw.com

Steve W. Berman (admitted *pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
E-mail: steve@hbsslaw.com

2

|   |   |   |   |
|---|---|---|---|
| 1 |   |   |   |
| 2 |   |   | *Additional Counsel for Plaintiffs* |
| 3 |   |   |   |
| 4 | Dated: June 16 2022 | By: | **/s/<br>**LATHAM & WATKINS LLP**<br>Matthew Rawlinson (Cal. Bar No. 231890) |
| 5 |   |   | Daniel R. Gherardi (Cal. Bar No. 317771)<br>E-mail: matt.rawlinson@lw.com |
| 6 |   |   | E-mail: daniel.gherardi@lw.com<br>140 Scott Drive |
| 7 |   |   | Menlo Park, CA 94025-1008 |
| 8 |   |   | Telephone: 650.328.4600 |
| 9 |   |   | Melanie M. Blunschi (Cal. Bar No. 234264)<br>E-mail: melanie.blunschi@lw.com |
| 10 |   |   | 505 Montgomery Street, Suite 2000 |
| 11 |   |   | San Francisco, CA 94111<br>Telephone: 415.391.0600 |
| 12 |   |   |   |
| 13 |   |   | *Attorneys for Defendants Skillz Inc., Andrew Paradise, Casey Chafkin, Miriam Aguirre, Scott* |
| 14 |   |   | *Henry, Harry Sloan, Jerry Bruckheimer, Christopher Gaffney, Vandana Mehta-Krantz, and* |
| 15 |   |   | *Kent E. Wakeford* |
| 16 |   |   | ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this |
| 17 |   |   | signatory. |
| 18 | Dated: June 16, 2022 | By: | **/s/<br>**O'MELVENY & MYERS LLP** |
| 19 |   |   | Amy S. Park |
| 20 |   |   | E-mail: apark@omm.com<br>2765 Sand Hill Road |
| 21 |   |   | Menlo Park, California 94025-7019<br>Telephone: 650-473-2600 |
| 22 |   |   | Fax:            +1 650 473 2601 |
| 23 |   |   |   |
| 24 |   |   | Jonathan Rosenberg (*pro hac vice*)<br>William J. Sushon (*pro hac vice*) |
| 25 |   |   | E-mail: jrosenberg@omm.com<br>E-mail: wsushon@omm.com |
| 26 |   |   | 7 Times Square<br>New York, New York 10036-6524 |
| 27 |   |   | Telephone:212-326-2000 |
| 28 |   |   | *Attorneys for Citigroup Global Markets, Inc.,* |

3

1  |  *Goldman Sachs & Co. LLC, Jefferies LLC, RBC Capital Markets, LLC, UBS Securities LLC, Wedbush Securities Inc., Wells Fargo Securities, LLC, Canaccord Genuity LLC, and Stifel, Nicolaus & Company, Inc.*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory.

4

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference, presently scheduled for July 14, 2022, is vacated. The Court will reschedule the Case Management Conference to August 25, 2022 at 10:00 am to be held via Zoom.

Dated: 6/16/2022 , 2022

*/s/ Richard Seeborg*
HON. RICHARD SEEBORG
United States District Judge