LATHAM & WATKINS LLP
Matthew Rawlinson (Cal. Bar No. 231890)
Daniel R. Gherardi (Cal. Bar No. 317771)
  matt.rawlinson@lw.com
  daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600

Melanie M. Blunschi (Cal. Bar No. 234264)
  melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Defendants Skillz Inc., Andrew Paradise, Casey Chafkin, Miriam Aguirre, and Scott Henry*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS JEDRZEJCZYK, SONNY CHUNG, KEVIN TINKELMAN, and DAVID LEWIS, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKILLZ INC., f/k/a FLYING EAGLE ACQUISITION CORP., ANDREW PARADISE, CASEY CHAFKIN, MIRIAM AGUIRRE, and SCOTT HENRY,<br><br>Defendants. | Case No.: 3:21-cv-03450-RS<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ALL ASSOCIATED DEADLINES** |

Defendants Skillz Inc., Andrew Paradise, Casey Chafkin, Miriam Aguirre, and Scott Henry (collectively, "Defendants") and Plaintiffs Thomas Jedrzejczyk, Sonny Chung, Kevin Tinkelman, and David Lewis (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation.

**WHEREAS**, on August 9, 2022, the Court continued the initial case management conference in the above-captioned action to February 9, 2023 (Dkt. 140);

**WHEREAS**, on January 19, 2023, the Court held oral argument on Defendants Motion to Dismiss the Second Amended Complaint (Dkt. 153), at the conclusion of which, the Court took the matter under submission;

**WHEREAS**, counsel for Plaintiffs and Defendants met and conferred and respectfully submit that good cause exists to continue the existing February 9, 2023 initial case management conference and all associated deadlines until a date that is convenient for the Court following Court's order on Defendants' Motion to Dismiss the Second Amended Complaint.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for Plaintiffs and Defendants, that:

1. The initial case management conference scheduled for February 9, 2023 shall be continued to **March 2, 2023 at 10:00 am,** along with all associated deadlines under the Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court for the Northern District of California and all associated ADR Multi-Option Program deadlines, until a date that is convenient for the Court following its upcoming order on Defendants' Motion to Dismiss.

| | | |
|---|---|---|
|1| Dated: January 20, 2023 | Respectfully submitted, |
|2| | |
|3| | LATHAM & WATKINS LLP |
|4| | By /s/ Matthew Rawlinson |
|5| | Matthew Rawlinson (Cal. Bar No. 231890)<br>Daniel R. Gherardi (Cal. Bar No. 317771) |
|6| |    matt.rawlinson@lw.com<br>   daniel.gherardi@lw.com |
|7| | 140 Scott Drive<br>Menlo Park, CA 94025-1008 |
|8| | Telephone: +1.650.328.4600 |
|9| | Melanie M. Blunschi (Cal. Bar No. 234264) |
|10| |    melanie.blunschi@lw.com<br>505 Montgomery Street, Suite 2000 |
|11| | San Francisco, CA 94111<br>Telephone: +1.415.391.0600 |
|12| | |
|13| | *Attorneys for Defendants Skillz Inc., Andrew Paradise, Casey Chafkin, Miriam Aguirre, and Scott Henry* |
|14| | |
|15| | LOWEY DANNENBERG, P.C. |
|16| | By /s/ Christian Levis |
|17| | Christian Levis (admitted *pro hac vice*)<br>David C. Harrison (admitted *pro hac vice*) |
|18| | Andrew Farah (admitted *pro hac vice*)<br>Scott V. Papp (admitted *pro hac vice*) |
|19| | 44 South Broadway, Suite 1100 |
|20| | White Plains, NY 10601<br>Telephone: +1.914.997.0500 |
|21| | clevis@lowey.com<br>dharrison@lowey.com |
|22| | afarah@lowey.com<br>spapp@lowey.com |
|23| | |
|24| | *Counsel for Plaintiffs* |
|25| | |
|26| | |
|27| | |
|28| | |

HAGENS BERMAN SOBOL SHAPIRO LLP

Reed R. Kathrein (Cal. Bar No. 139304)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: +1.510.725.3000
Facsimile: +1.510.725.3001
reed@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman (*pro hac vice* forthcoming)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: +1.206.623.7292
Facsimile: +1.206.623.0594
steve@hbsslaw.com

SCHUBERT JONCKHEER & KOLBE LLP

Willem F. Jonckheer
2001 Union Street, Suite 200
San Francisco, CA 94123
Telephone: +1.415.788.4220
wjonckheer@sjk.law

*Liaison Counsel for Plaintiffs*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: 1/23/2023

_____
Hon. Richard Seeborg
United States District Judge