UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JEDRZEJCZYK, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SKILLZ INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-03450-RS<br><br>**JUDGMENT** |

Plaintiffs' claims were dismissed, without leave to amend, in an order filed on March 1, 2023. *See* Dkt. 162. Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of Defendants and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: March 1, 2023

_____
RICHARD SEEBORG
Chief United States District Judge